DENNIS R. MURPHY, SBN 051215
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone:  (916) 446-2300
Facsimile:  (916) 503-4000
Email:  dmurphy@murphyaustin.com

Attorneys for Plaintiff
The Niello Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NIELLO COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EPICOR SOFTWARE CORPORATION, a Texas corporation,<br><br>Defendant. | Case No. 2:16-CV-01744-LEK<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a) plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: November 9, 2016                MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
DENNIS R. MURPHY
Attorneys for Plaintiff
The Niello Company

**IT IS SO ORDERED.**

Dated: 11/9/16

_____
Leslie E. Kobayashi
United States District Court Judge